**Order entered January 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00519-CV

### IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 254th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-04-11968**

## ORDER

Before the Court is appellee's January 12, 2017 motion to extend time to file appellee's brief. Appellee's motion is **GRANTED** to the extent that appellee's brief shall be filed by February 13, 2017.

/s/    CRAIG STODDART
       JUSTICE